### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RITA R. FISHER,** | ) |
| **Plaintiff,** | ) |
| v. | ) NO. 07-cv-0505-JPG-CJP |
| **RTB ENTERPRISE, INC. d/b/a ALLIED DATA CORPORATION,** | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   September 21, 2007**

NORBERT JAWORSKI, CLERK

By:s/Deborah Agans, Deputy Clerk

**APPROVED: s/ J. Phil Gilbert**
              **U. S. DISTRICT JUDGE**